```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION
```

LIBBY J. GRASMAN,                       *

       Plaintiff                    *

vs.                                     *
                                                CASE NO. 3:07-CV-142 (CDL)
MICHAEL J. ASTRUE, Commissioner         *
of Social Security,
                                       *

       Defendant
_____         *

## O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 27, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 23rd day of February, 2009.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE